# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| NORMAN CHAN | FILED: JULY 7, 2008 |
| V. | 08CV3851 |
| MICHAELS STORES INC. | JUDGE GOTTSCHALL |
| | MAGISTRATE JUDGE VALDEZ |
| | AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MICHAELS STORES INC.

| NAME (Type or print) |
|---|
| Michael T. Smith |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ *Michael T. Smith* |
| FIRM |
| Law Offices of Michael T. Smith |
| STREET ADDRESS |
| 440 W. Irving Park Road |
| CITY/STATE/ZIP |
| Roselle, Illinois 60172 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6180407 | 847-895-0626 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐