THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Norman Chan,<br><br>        Plaintiff,<br><br>v.<br><br>Michaels Stores, Inc.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 08CV3851<br>)<br>)  Judge Gottschall<br>)  Magistrate Judge Valdez<br>)<br>) |

### Notice of Motion

TO:    Michael T. Smith
           440 W. Irving Park Rd.
           Roselle, IL 60172
           (847) 895-0626
           (*Counsel for Plaintiff*)

      PLEASE TAKE NOTICE that on **Thursday August 14, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Joan B. Gottschall, United States District Court Judge, in the courtroom usually occupied by her in the United States District Courthouse, 219 South Dearborn Street, Chicago, IL, or before such Judge as then may be sitting in her place, and shall then and there present the attached Motion For An Extension of Time to Answer or Otherwise Plead.

                                      Respectfully submitted,

        Michaels Stores, Inc., *Defendant*

        By:  s/ Michael D. Ray
        One of Their Attorneys

Richard L. Samson (IL ARDC No. 6191450)
Michael D. Ray ( IL ARDC No. 6285109)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
Two First National Plaza
Twenty-Fifth Floor
20 South Clark Street
Chicago, Illinois 60603-1891
(312) 558-1220

Dated:  August 6, 2008

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 6, 2008, he caused to be electronically filed the foregoing Notice of Motion, Motion for Extension of Time to Answer or Otherwise Plead. Notice of this filing will be sent via the Court's electronic filing system to:

>Michael T. Smith, Esq.
>440 W. Irving Park Rd.
>Roselle, IL 60172
>(847) 895-0626


>s/ Michael D. Ray

6557490.1 (OGLETREE)